## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Aziz Zamirov

Plaintiff,

v.

Sam Olsen, et al.

Defendant.

Case No.: 1:25–cv–06540
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: : Petitioner Aziz Zamirov's amended habeas petition under 28 U.S.C. § 2241 is dismissed for lack of subject matter jurisdiction. See the attached order for further details. Because Zamirov's challenges to expedited removal and to the discretionary denials of relief fall beyond the scope of the court's permissible habeas review under §§ 1252(a) and (e)(2), the court dismisses the petition. The clerk shall enter judgment in favor of Defendants and against Petitioner. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.